Howard Slade and Another v. Frank Squier and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Henry Kupfer & Company.— Motion granted to the extent stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Richard Gray v. Robert B. Woodward.— Motion granted, without costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

David Sherard v. A. Bevins Company and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Tenement House Department v. Henry Neugass.— Motion denied, without costs, with leave to renew as stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Lillie G. Eichler v. August Fischer.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

New Jersey Clay Products Company v. John H. Parker Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Lucy H. Dazey v. The New York Central and Hudson River Railroad Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Clarence L. Burger v. George B. Agney.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Clarence L. Burger v. George B. Agney.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Salvatore Macaluso v. Degnon Contracting Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Moritz Wormser v. Marshall Field & Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Isidor Tolchinsky v. City of New York.— Motion granted. Present— Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of William T. Emmet.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Francis P. Pace and Another v. Otto P. Amend and Others. Francis P. Pace and Another v. Otto P. Amend and Others.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Kaufman Costume Company v. Kaufman Gown Company.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.